IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-022 |
| | ) | |
| FRANK CHILDS FINCHER | ) | |

_____

**IN RE: LEAVE OF ABSENCE**

_____

Application for Leave of Absence has been requested in the above-captioned case by Inga N. Hicks for the period of March 13, 2015, through and including March 20, 2015.

The Court **APPROVES** the above and foregoing request for Leave of Absence.

SO ORDERED this 9th day of March, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA